NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLAUDIA SANDOVAL-SERRANO,               )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No.  2D18-1006
                                        )
MICHAEL FEELEY,                         )
                                        )
          Appellee.                     )
                                        )
_____ )

Opinion filed December 19, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Michael P. McDaniel, Judge.

Shannon L. Akins of the Law Offices of
Shannon L. Akins, P.A., Orlando; and David
T. Roberts of The Roberts Family Law Firm,
P.A., Orlando, for Appellant.

No appearance for Appellee.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and VILLANTI and SLEET, JJ., Concur.